**Felicia Dionne TAYLOR, Ph. D., Plaintiff–Appellant**

v.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; Countrywide Home Loans, Inc., Individually and its Successor Bank of America NA; Bank of America N.A.; US Bank National Association, Individually and as Trustee for JP Morgan Mortgage Acquisition Trust 2006–CW2 by Bank of America NA (BANA), Attorney in Fact; JP Morgan Mortgage Acquisition Trust 2006–CW2; BAC Home Loans Servicing LP; Countrywide Home Loans Servicing, L.P., Defendants–Appellees.**

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

**516**

No. 13–3114.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 19, 2014.

Filed: June 30, 2014.

Felicia Dionne Taylor, Conway, AR, pro se.

Judy Simmons Henry, Seth Jewell, Wright & Lindsey, Little Rock, AR, David L. Williams, Kutak & Rock, Little Rock, AR, for Defendants–Appellees.

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

PER CURIAM.

In this civil action removed from state court, Felicia Taylor appeals the district court's[1] orders refusing to remand the matter to state court, dismissing her complaint under Federal Rule of Civil Procedure 12(b)(6), and denying post-judgment relief. Upon careful review, see *Junk v. Terminix Int'l Co.,* 628 F.3d 439, 444 (8th Cir.2010), we conclude that the court properly denied Taylor's motion to remand, because removal, based on diversity of citizenship and an amount in controversy exceeding $75,000, was proper. We also conclude that the court properly dismissed the action for failure to state a claim, see *Hallquist v. United Home Loans, Inc.,* 715 F.3d 1040, 1044 (8th Cir.2013) (standard of review), for the reasons discussed by the district court; and we see no abuse of discretion in the denial of post-judgment relief, see *Bernard v. U.S. Dep't of Interior,* 674 F.3d 904, 908 (8th Cir.2012).

1. The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern

Accordingly, we affirm. *See* 8th Cir. R. 47B.